GRACE A. MORRISSEY, Appellant, v. ALFRED L. MORRISSEY, Respondent.— Order denying motion for counsel fee and temporary alimony and order denying motion for counsel fee and disbursements on appeal affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THEODORE MURIN, Respondent, v. BARBARA SKORODINSKI, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

CATHERINE OWENS, as Administratrix, etc., of JOHN OWENS, Deceased, Respondent, v. NATIONAL MAGNESIA COMPANY, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PETER PURAS, as Administrator, etc., of ALPHONSO PURAS, Deceased, Respondent, v. LOUIS MEYER Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DE SENNA, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN EISENBERG, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed upon the law and the facts, information dismissed and bail exonerated upon the ground that the proof did not establish the commission of crime. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY C. GRIECO, Relator, v. GROVER A. WHALEN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.